Carolyn H. Cottrell (SBN 166977)
Andrew T. Cooledge (SBN 273909)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100; Fax: (415) 421-7105
ccottrell@schneiderwallace.com
acooledge@schneiderwallace.com
*Attorneys for Plaintiffs, the Putative Collective,*
*and the Putative Class*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL MCKINNON, an individual; TIMOTHY VAN NORTWICK, an individual; BRENT BRICE, an individual; ZACHERY RIZZO, an individual; JOSHUA REYES, an individual; ONIKA JACK, an individual; HERBERT HERNANDEZ, an individual; NICHOLAUS JAMES, an individual; LACRETIA DAVIS, an individual; SALVADOR PULIDO, an individual, each as an individual and on behalf of all others similarly situated,<br>             Plaintiffs,<br>     v.<br>PELOTON INTERACTIVE, INC., a Delaware corporation; and DOES 1-50, inclusive,<br>             Defendant. | CASE NO. 2:22-cv-03368-MWF(Ex)<br><br>**JOINT STIPULATION TO CONTINUE ORDER TO SHOW CAUSE HEARING RE DISMISSAL**<br><br>**HEARING**<br>Date:   February 26, 2024<br>Time:   11:30 a.m.<br>Dept:   Courtroom 5A<br>Judge:  Michael W. Fitzgerald |

---

Joint Stipulation to Vacate or Continue Order to Show Cause Hearing Regarding Dismissal

*Mckinnon v. Peloton Interactive, Inc.*, Case No. 2:22-cv-03368-MWF(Ex)

DANIELLE J. MOSS, SBN (admitted pro hac vice)
  DMoss@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York  10166-0193
Telephone:  212.351.4000
Facsimile:   212.351.4035

MEGAN COONEY, SBN 295174
  MCooney@gibsondunn.com
LAUREN M. FISCHER, SBN 318625
  LFischer@gibsondunn.com
REBECCA LAMP, SBN 335552
  Rlamp@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, California  92612-4412
Telephone:  949.451.3800
Facsimile:   949.451.4220

Attorneys for Defendant
PELOTON INTERACTIVE, INC.

2

Proposed Order Granting the Parties' Joint Stipulation to Vacate or Continue Order to Show Cause Hearing Regarding Dismissal
*Mckinnon v. Peloton Interactive, Inc.*, Case No. 2:22-cv-03368-MWF(Ex)

**ORDER**

The Court, having considered the parties' Joint Stipulation to Vacate or Continue Order to Show Cause Hearing Re Dismissal, and for good cause appearing, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

The Order to Show Cause Re Dismissal is continued to June 24, 2024 at 11:30 a.m.

**IT IS SO ORDERED.**

DATED: February 20, 2024

_____
Hon. Michael W. Fitzgerald

3

Proposed Order Granting the Parties' Joint Stipulation to Vacate or Continue Order to Show Cause Hearing Regarding Dismissal
*Mckinnon v. Peloton Interactive, Inc.*, Case No. 2:22-cv-03368-MWF(Ex)